UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LUSTA JOHNSON,

    Plaintiff,

v.

ELIZABETH MILLS, KIMBERLY
SCHNEIDER, DOUGLAS KRUSE,
JACOB JOLLIFF and PAUL KELLEY,

    Defendants.

Case No. 17-cv-252-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Elizabeth Mills, Kimberly Schneider, Douglas Kruse, Jacob Jolliff and Paul Kelley and against plaintiff Lusta Johnson; and that this case is dismissed with prejudice and without costs.

**DATED:** January 14, 2020

                                          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**